AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of North Dakota

| United States of America | ) |
| v. | ) |
| Carol Ann Feist | ) Case No. 1:22-cr-040 |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Carol Ann Feist,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud
Wire Fraud
Aggravated Identity Theft
Aiding and Abetting
Forfeiture Allegation

Date: 03/02/2022

/s/ Melissa Fischer
*Issuing officer's signature*

City and state: Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Case 1:22-cr-00040-DLH Document 3 Filed 03/02/22 Page 2 of 2
Case 1:22-mj-00038-TJC Document 1 Filed 03/15/22 Page 2 of 10

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Carol Ann Feist

Known aliases:

Last known residence: 1011 MT Hwy 55, White hall, Montana

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Montana

Date of birth: 09/07/1965

Social Security number: 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

Height: 5'3"   Weight: 140 lbs

Sex: F   Race: White

Hair: Red   Eyes: Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI / Kendra Holloway / 612-751-6407

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAROL ANN FEIST | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 2, 981(a)(1)(c), 982(a)(2), 1343, 1344, 1349, and 1028A(a)(1), and 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

COUNT ONE

**Bank Fraud**

The Grand Jury Charges:

1. The Charge.  On or about October 26, 2021, in the District of North Dakota,

CAROL ANN FEIST,

individually, and by aiding and abetting, with the intent to defraud, knowingly executed and attempted to execute a scheme to: (1) defraud U.S. BANCORP (U.S. Bank), a financial institution, whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), and (2) obtain any of the money, funds, assets, and other property owned by, and under the custody and control of U.S. Bank, a financial institution, whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), by means of false and fraudulent pretenses, representations, and promises;

2. The Scheme:  During telephone calls with U.S. Bank representatives in Bismarck, North Dakota, CAROL ANN FEIST falsely:

- Claimed to be Bismarck, North Dakota, resident Johanna K. Feist,

- Provided U.S. Bank representatives with Johanna K. Feist's personal identifying information, and

- Requested that U.S. Bank process a domestic wire transfer in the amount of $134,000.00 from Johanna K. Feist and Andrew Feist's U.S. Bank Silver Elite checking account, with account number ending in 2230, to Rocky Mountain Title Guarantee, LLC, located in Helena, Montana.

CAROL ANN FEIST fraudulently requested that U.S. Bank process this $134,000.00 wire transfer so that she could use the funds of the wire transfer as down payment on a home in Whitehall, Montana.  As a result of CAROL ANN FEIST's fraudulent misrepresentations, U.S. Bank representatives completed this $134,000.00 wire transfer with Wire PAR: 211026033425.  Additionally, to deceive U.S. Bank and facilitate this fraudulent wire transfer, CAROL ANN FEIST fraudulently altered the email address and cell phone number listed on Johanna K. Feist's online U.S. Bank customer profile. Neither Johanna K. Feist nor Andrew Feist gave CAROL ANN FEIST permission to request or accept this $134,000.00 wire transfer;

In violation of Title 18, United States Code, Sections 1344, 1349, and 2.

COUNT TWO

**Wire Fraud**

The Grand Jury Further Charges:

1.  <u>The Charge</u>.  Between on or about October 22, 2021, and on or about October 26, 2021, in the District of North Dakota,

CAROL ANN FEIST,

individually, and by aiding and abetting, with intent to defraud, did voluntarily and intentionally devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds;

2.  <u>The Scheme</u>:  On or about October 26, 2021, during telephone calls with U.S. Bank representatives in Bismarck, North Dakota, CAROL ANN FEIST falsely:

- Claimed to be Bismarck, North Dakota, resident Johanna K. Feist;

- Provided U.S. Bank representatives with Johanna K. Feist's personal identifying information; and

- Requested that U.S. Bank process a domestic wire transfer in the amount of $134,000.00 from Johanna K. Feist and Andrew Feist's U.S. Bank Silver Elite checking account, with account number ending in 2230, to Rocky Mountain Title Guarantee, LLC, located in Helena, Montana.

3

CAROL ANN FEIST fraudulently requested that U.S. Bank process this $134,000.00 wire transfer so that she could use the funds of the wire transfer as down payment on a home in Whitehall, Montana.  As a result of CAROL ANN FEIST's fraudulent misrepresentations, U.S. Bank representatives completed this $134,000.00 wire transfer with Wire PAR: 211026033425.  Additionally, to deceive U.S. Bank and facilitate this fraudulent wire transfer, CAROL ANN FEIST fraudulently altered the email address and cell phone number listed on Johanna K. Feist's online U.S. Bank customer profile. Neither Johanna Feist nor Andrew Feist gave CAROL ANN FEIST permission to request or accept this $134,000.00 wire transfer;

Additionally, between on or about October 22, 2021, and on or about October 25, 2021, CAROL ANN FEIST fraudulently:

- Represented to Rocky Mountain Title Guarantee, LLC that Andrew Feist had signed a Deed of Trust for the property located in Whitehall, Montana, when Andrew Feist neither signed nor authorized anyone to sign his name on this document;

- Represented to Rocky Mountain Title Guarantee, LLC that Andrew Feist had appeared before a State of North Dakota Notary Public and obtained a Notary Public stamp and signature on this Deed of Trust when Andrew Feist did not present this document to a Notary Public and the name of the Notary Public listed on the document was not a licensed notary in the State of North Dakota;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT THREE

**Aggravated Identity Theft**

The Grand Jury Further Charges:

On or about October 26, 2021, in the District of North Dakota,

CAROL ANN FEIST

did knowingly possess and use, without lawful authority, a means of identification of another person, including the name, maiden name, and unique electronic identification numbers, addresses, and routing codes, belonging to Johanna K. Feist during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely, bank fraud, in violation of 18 U.S.C. §§ 1344 and 1349, as described in Count One of the Indictment, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A(a)(1), 1344, and 1349.

COUNT FOUR

**Aggravated Identity Theft**

The Grand Jury Further Charges:

Between on or about October 22, 2021, and on or about October 25, 2021, in the District of North Dakota,

CAROL ANN FEIST

did knowingly possess and use, without lawful authority, a means of identification of another person, including the name and purported signature belonging to Andrew Feist during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely, wire fraud, in violation of 18 U.S.C. § 1343, as described in Count Two of this Indictment, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 1343.

FORFEITURE ALLEGATION

The Grand Jury Further States There is Probable Cause That:

Upon conviction of one or more of the offenses charged in this Indictment,

CAROL ANN FEIST,

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982(a)(2), and 28 U.S.C. § 2461(c), all of their right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1343, 1344, and 1349, including, but not limited to the following:

- Real Property Located at 1011 MT Hwy 55, Whitehall, Montana, with all appurtenances, improvements, and attachments thereon, and is more fully described as:

    Tract 2 of Certificate of Survey Number 102873, Folio60A, located in the E1/2NW1/4 of Section 7 and the W1/2NW1/4 of Section 8, Township 1 North, Range 4West, M.P.M. Jefferson County, Montana.

- A sum of United States currency in the form of a Money Judgment representing the amount of proceeds obtained as a result of the offenses.

If any of the assets described above as being subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2) and/or 981(a)(1)(c), as a result of any act or omission of CAROL ANN FEIST:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred to, sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant's up to the value of said property described above as being subject to forfeiture.

            A TRUE BILL:

            /s/ Foreperson
            Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

JJO/tmg